IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:15-cv-00110-FL

| | |
|---|---|
| EMMA VICTORIA JOHNSON HOWARD, ) ) Plaintiff, ) ) vs. ) ) W. B. LILLEY, and RAYMOND EARL ) DICKERSON dba T. L. Perkinson Wrecker ) Service, ) ) Defendants. ) ) | **ORDER** |

This matter is before the Court on Defendant W. B. Lilley's Motion to Stay in this action pending resolution of his Motion to Dismiss. Having considered carefully Defendant Lilley's reasons for the requested stay, the Court hereby GRANTS the Motion.

IT IS HEREBY ORDERED THAT all deadlines and requirements for conference activities, initial disclosures, and for submission of the parties' joint status report and proposed plan for discovery are hereby stayed pending resolution of Defendant Lilley's Motion to Dismiss.

SO ORDERED, this __3rd__ day of _____December____, 2015.

_____
LOUISE W. FLANAGAN
United States District Court Judge