UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| EMMA VICTORIA JOHNSON HOWARD, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | **JUDGMENT** |
| W.B. LILLEY, in his personal capacity ) and RAYMOND EARL DICKERSON, ) ) | No. 5:15-CV-110-FL |
| Defendants. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for for decision.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's orders entered August 28, 2015 and February 24, 2016, and for the reasons set forth more specifically therein, that this case is DISMISSED. The Plaintiff shall have and recover nothing from this action.

**This Judgment Filed and Entered on February 24, 2016, and Copies To:**
Emma Victoria Johnson Howard (via U.S. Mail) PO Box 51808, Durham, NC 27717
Sonny S. Haynes and Jeffrey Michael Cook (via CM/ECF Notice of Electronic Filing)

February 24, 2016          JULIE RICHARDS JOHNSTON, CLERK
                           /s/ Christa N. Baker
                           (By) Christa N. Baker, Deputy Clerk